AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

LEWIS LEFKOWITZ

                Plaintiff,

- against -

CRUNCH FITNESS USA and
YVAN JOHNSON,

                Defendants.

**APPEARANCE**

Case Number:  07 Civ. 2994 (WHP)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

AGT Crunch Acquisitions, LLC (incorrectly named as Crunch Fitness USA) and Yvan Johnson

I certify that I am admitted to practice in this court.

6/8/07
Date

_[Signature]_
Signature

Helen A. Rella                                                                 (HR2176)
Print Name                                                                   Bar Number

Siller Wilk LLP,     675 Third Avenue
Address

New York              NY              10017
City                  State           Zip Code

(212) 421-2233              (212) 752-6380
Phone Number                Fax Number