UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
LEWIS LEFKOWITZ,                                      :

                Plaintiff,                    :        07 Civ. 2994 (WHP)

           - against -                             :
                                                                        CERTIFICATE OF SERVICE
CRUNCH FITNESS USA and YVAN JOHNSON,  :

                Defendants                  :

-------------------------------------------------------------------------x

      I hereby certify that on June 8, 2007, I caused to be served the Rule 26(F) Report by hand delivery upon:

James B. LeBow. Esq.
488 Madison Avenue; Suite 1100
New York. NY 10022
*Attorneys for Plaintiffs*

Dated: New York, New York
       June 8, 2007

                                                                         Alero BARRETT

174168