James B. LeBow, Esq.
The Law Office of James B. LeBow
488 Madison Avenue, Suite 1100
New York, New York 10022
Tel. No. (212) 868-3311
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LEWIS LEFKOWITZ,

                           Plaintiff,                          Civ No.: 07 CV 2994

    - against -

                                                    **NOTICE OF DISMISSAL**

AGT CRUNCH d/b/a CRUNCH FITNESS,            (Fed. R. Civ. P. 41(a)(1)(i))
and YVAN JOHNSON,

                          Defendants.
------------------------------------------------------------------X
TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

      **PLEASE TAKE NOTICE** that plaintiff, LEWIS LEFKOWITZ, dismisses this action without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       June 18, 2007

                                                            Law Office of James B. LeBow

                                                            By: _____
                                                                 James B. LeBow
                                                                 Attorneys for Plaintiff
                                                                 Lewis Lefkowitz