James B. LeBow, Esq.
The Law Office of James B. LeBow
488 Madison Avenue, Suite 1100
New York, New York 10022
Tel. No. (212) 868-3311
Attorneys for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LEWIS LEFKOWITZ,

                Plaintiff,

      - against -

AGT CRUNCH d/b/a CRUNCH FITNESS,
and YVAN JOHNSON,

                Defendants.
------------------------------------------------------------X

Civ No.: 07 CV 2994

**NOTICE OF DISMISSAL**

(Fed. R. Civ. P. 41(a)(1)(i))

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

**PLEASE TAKE NOTICE** that plaintiff, LEWIS LEFKOWITZ, dismisses this action without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       June 18, 2007

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
8/16/07

Law Office of James B. LeBow

By: _____
James B. LeBow
Attorneys for Plaintiff
Lewis Lefkowitz